IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RAVEN TAYLOR,

                Plaintiff,

vs.

KILOLO KIJAKAZI, Acting
Commissioner of the Social Security
Administration,

                Defendant.

4:22-CV-3249

ORDER

IT IS ORDERED:

1.     The defendant's unopposed motion to remand (filing 20) is granted.

2.     This case is remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3.     The plaintiff's motion for an order reversing the Commissioner's decision (filing 19) is denied as moot.

4.     A separate judgment will be entered.

Dated this 3rd day of April, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge