IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAVEN TAYLOR,<br><br>        Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>        Defendant. | 4:22-CV-3249<br><br>ORDER |

    This matter is before the Court upon the Plaintiff's unopposed motion for award of attorney fees pursuant under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (filing 24), seeking an award of fees and expenses in the amount of $4,835.64, which represents 21 hours of work at a rate of $226.20 per hour in 2022 and $230.72 in 2023.[1] Filing 24-1.

    The Court has determined that plaintiff was the prevailing party in this action, as the application for fees was filed in a timely fashion,[2] and the Commissioner's decision was remanded to the Commissioner for further proceedings on the government's concession that the position of the Commissioner was not substantially justified because the administrative law

---

[1] The maximum hourly fee of $125 specified in 28 U.S.C. § 2412(d)(1)(D)(2)(A) has been adjusted to account for inflation.

[2] An Equal Access to Justice Act application based on a district court judgment remanding a case pursuant to sentence four of 42 U.S.C. § 405(g) must be filed no later than 30 days after the sentence four judgment has been entered and the appeal period has run such that the judgment is no longer appealable. *See Pottsmith v. Barnhart*, 306 F.3d 526, 527-28 (8th Cir. 2002); *see also Shalala v. Schaefer*, 509 U.S. 292, 302 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 94-97 (1991).

judge made findings that were not supported by substantial evidence. *See Koss v. Sullivan*, 982 F.2d 1226 (8th Cir. 1993). Therefore, the plaintiff is entitled to an award of attorney fees.

IT IS ORDERED:

1. The plaintiff's Motion for Award of Attorney Fees Pursuant under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (filing 24) is granted.

2. By separate document, the Court shall enter judgment for the plaintiff and against the defendant providing that the plaintiff is awarded attorney fees of $4,835.64.

Dated this 25th day of May, 2023.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge